# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**MARY CHRISTINE MOORE**                                                   **PLAINTIFF**

**VS.**                              **3:15-CV-00113-BRW**

**CAROLYN W. COLVIN,**
**Acting Commissioner,**
**Social Security Administration,**                                    **DEFENDANT**

## ORDER

The Court has received the Proposed Findings and Recommended Disposition ("RD"), submitted by United States Magistrate Judge Joe J. Volpe, and Plaintiff's objections. After a review of the RD and the objections, as well as a *de novo* review of the record, the Court approves and adopts the RD as this Court's findings in all respects.

Accordingly, the Commissioner's decision is affirmed, and this case is DISMISSED with prejudice.

IT IS SO ORDERED this 19th day of February, 2016.

                                                                        /s/ Billy Roy Wilson
                                                                        UNITED STATES DISTRICT JUDGE