**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**MARY CHRISTINE MOORE**                                                                          **PLAINTIFF**

**VS.**                                          **3:15-CV-00113-BRW**

**CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration,**                                                          **DEFENDANT**

<u>**JUDGMENT**</u>

Based on the Order entered today, the Commissioner's decision is affirmed and this case

is DISMISSED with prejudice.

IT IS SO ORDERED this 19th day of February, 2016.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE